IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Civil Case #

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

_____

6. Plaintiff's/Deceased Party's current state of residence:

_____

7. District Court and Division in which venue would be proper absent direct filing:

_____

8. Defendants (Check Defendants against whom Complaint is made):

　　　_____　　　Cook Incorporated

　　　_____　　　Cook Medical LLC

　　　_____　　　William Cook Europe APS

9. Basis of Jurisdiction:

　　　_____　　　Diversity of Citizenship

　　　☐　　Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

　　Paragraphs 6 – 28_____

_____

_____

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    _____
    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    _____
    _____

13. Implanting Physician(s):

    _____
    _____
    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☐ Count I:    Strict Products Liability – Failure to Warn

    ☐ Count II:   Strict Products Liability – Design Defect

    ☐ Count III:  Negligence

    ☐ Count IV:   Negligence Per Se

☐ Count V: Breach of Express Warranty

☐ Count VI: Breach of Implied Warranty

☐ Count VII: Violations of Applicable _____ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☐ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

_____

16. Address and bar information for Attorney for Plaintiff(s):

_____

_____

RESPECTFULLY SUBMITTED this _____ day of _____, 20____.

**O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC**

By:    <u>/s/ Michael J. Quillin</u>
Michael J. Quillin #61877 MO
**O'Leary, Shelton, Corrigan, Peterson,**
**Dalton & Quillin, LLC**
1034 S. Brentwood Blvd. Penthouse 1-A, 3rd Fl.
St. Louis, MO 63117
Phone: (314) 405-900
Fax: (314) 833-307

*Attorney for Plaintiff(s)*

I hereby certify that on this _____ day of _____, 20___, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/ Michael J. Quillin</u>